IN THE MATTER OF THE APPEAL OF EMMA C. BOSE, ET AL., EXECUTORS, ETC., FROM THE ASSESSMENT OF THE TRANSFER INHERITANCE TAXES AGAINST THE ESTATE OF EDWARD BOSE, DECEASED.

See same case below: 5 *N. J. Super.* 266.

*Mr. Sydney V. Stoldt* and *Mr. Robert L. Hood,* for the petitioners.

*Mr. Theodore D. Parsons,* Attorney General, and *Mr. William A. Moore,* for the respondent.

February 14, 1950.   Denied.

FRED LOGES, PETITIONER-RESPONDENT, v. TOWN OF NEWTON, RESPONDENT-PETITIONER.

See same case below: 5 *N. J. Super.* 433.

*Mr. Gerald T. Foley* and *Mr. Roland Vreehand,* for the petitioner.

*Mr. Lewis Van Blarcom* and *Mr. Adrien B. Hommell,* for the respondent.

February 27, 1950.   Granted.